FILED

07/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0188

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No.:     **DA 20-0188**

| | |
|---|---|
| **STATE OF MONTANA,** *Plaintiff and Appellee,* v. **BRANDON MICHAEL BAILEY,** *Defendant and Appellant.* | **ORDER GRANTING SECOND TWO WEEK EXTENSION** |

**UPON** Appellant's Second Motion for Two Week Day Extension to File Opening Brief, and good cause appearing, **IT IS HEREBY ORDERED** that the Appellant's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Appellant to submit his Opening Brief is now July 16, 2020.

**ELECTRONICALLY SIGNED AND DATED BELOW**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 6 2020